ROSLYN KLEIN CURTISS *v.* ESTATE OF AARON KAUFMAN

The plaintiff's petition for certification for appeal from the Appellate Court, 14 Conn. App. 811, is denied.

*Joel M. Ellis,* in support of the petition.

*Richard K. Snyder,* in opposition.

Decided July 8, 1988

STATE OF CONNECTICUT *v.* DOUGLAS LEON PERRY

The defendant's petition for certification for appeal from the Appellate Court, 14 Conn. App. 526, is denied.

*Stephen F. Cashman,* special public defender, in support of the petition.

*Vincent J. Dooley,* deputy assistant state's attorney, in opposition.

Decided July 8, 1988

MONIKA FISCHER *v.* ROBERT P. GOLDSTEIN

The defendant's petition for certification for appeal from the Appellate Court, 14 Conn. App. 487, is denied.

*Robert P. Goldstein,* pro se, in support of the petition.

Decided July 8, 1988

ALBERT DAMELIO *v.* ANACONDA, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 15 Conn. App. 805, is denied.

*Edward T. Dodd, Jr.,* in support of the petition.

Decided July 8, 1988